UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK GALVANI,

    Plaintiff,

v.

TOKIO MARINE AND NICHIDO FIRE INSURANCE CO., LTD.,

    Defendant.
_____/

No. C 11-3848 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the issues having been duly heard and the court having granted, on July 2, 2012, defendant Tokio Marine's motion for summary judgment, and having denied plaintiff Patrick Galvani's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendant Tokio Marine and against plaintiff Patrick Galvani on the claims asserted against it.

    IT IS SO ORDERED.

Dated: July 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge